

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00566-CV

Tom **FATJO**, Jr.,
Appellant

v.

**ANDREWS KURTH KENYON LLP**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15425A
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed:  February 28, 2018

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties

regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP.

P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM